UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Baltimore Division

| | |
|---|---|
| Jason Leopold<br>1669 Benedict Canyon Drive<br>Beverly Hills, California 90210,<br><br>PLAINTIFF<br>vs.<br><br>Ariane E. Cerlenko,<br>*in her official capacity as Designated Agency Ethics Officer for the National Security Agency*,<br>9800 Savage Rd.<br>Fort Meade, MD 20755-6205<br>Anne Arundel County,<br><br>and<br><br>National Security Agency,<br>9800 Savage Rd.<br>Fort Meade, MD 20755<br>Anne Arundel County,<br><br>DEFENDANTS | Judge _____________<br>Civil Action No. ____________ |

**COMPLAINT FOR DECLARATORY, INJUNCTIVE, AND MANDAMUS RELIEF**

THE PARTIES

1. Plaintiff Jason Leopold is a citizen of California residing at 1669 Benedict Canyon Drive, Beverly Hills, CA 90210.

2. I am a widely published independent investigative reporter and a current contributor under contract to Al Jazeera America.[1] I am also a contributor to The Guardian,[2] VICE News[3] and numerous other domestic and international publications,[4] which have published dozens of news reports I have authored over the past two decades.

3. Mr. Leopold seeks access to certain public records to write a news report for distribution to the general public. His connections and relationships with a wide range of domestic and international media organizations will ensure that any story he drafts based on the information contained in these records will be published and reprinted

4. Defendant National Security Agency (NSA) is an agency of the United States.

5. Defendant Ariane Cerlenko is the Deputy General Counsel (Litigation & Management) for the NSA and is sued in her official capacity as the Designated Agency Ethics Official (DAEO) for the NSA.

6. Defendant NSA and Defendant Ariane Cerlenko have possession, custody and control of the records Plaintiff seeks.

## JURISDICTION AND VENUE

7. This action arises under the judicial review provisions of the Administrative Procedures Act ("APA"), 5 USC § 701, *et seq.*, under the Ethics in Government Act of 1978 ("EGA"), 5 USC app. § 101, *et seq.*, and under the Declaratory Judgment Act, 28 USC § 2201.

8. This Court has jurisdiction over this action, which is in the nature of a petition for a writ of mandamus, pursuant to 28 USC § 1361. This Court also has jurisdiction over this action, which arises under a United States law, pursuant to the federal question jurisdiction statute, 28 USC § 1331.

---

[1] http://america.aljazeera.com/profiles/l/jason-leopold.html
[2] http://www.theguardian.com/profile/jason-leopold
[3] https://news.vice.com/contributor/jason-leopold
[4] http://truth-out.org/author/itemlist/user/44686

9. Venue is proper in this district pursuant to 28 USC § 1391(e)(1) because Defendants reside in this district and the records at issue are located in this district.

## STATEMENT OF FACTS

10. On July 7, 2014, Mr. Leopold submitted a completed Form OGE 201 to the NSA seeking a copy of the public financial disclosure statements (Form 278) and (b)(3) waivers for former NSA Director Keith Alexander.

11. By later dated July 23, 2014, the NSA informed Mr. Leopold that it would not provide him with the requested records.

12. Mr. Leopold intends to submit a further request for a copy of the public financial disclosure statement and (b)(3) waivers for current NSA Director Michael Rogers, but doing so would be futile, absent a declaration from this court, in light of the agency's position.

## COUNT I

13. This Count realleges and incorporates by reference all of the preceding paragraphs.

14. Each of the documents referred to in this Complaint is incorporated herein by reference.

15. Under the EGA, Defendants have a mandatory, non-discretionary duty to produce the requested records.

16. Defendants have refused to provide the requested records to Mr. Leopold, in violation of the EGA.

17. Mr. Leopold is entitled to the requested records, and Defendants' failure to produce them is unlawful.

18. Defendants have a pattern or practice of refusing to provide the public financial disclosure statements of any NSA employee, in violation of the EGA.

19. The rejection of Mr. Leopold's request under the EGA resulted from this pattern or practice.

20. Mr. Leopold has been and will continue to be harmed until Defendants are ordered to produce the requested records and abide by the EGA.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

(1) Declare that Defendants must furnish members of the public with the public financial disclosure reports and (b)(3) waivers of any employee of the NSA not exempted by the President and that the NSA's policy or practice of blanket denials violates the EGA;

(2) Enjoin Defendants from continuing to withhold the requested records;

(3) Issue a writ of mandamus ordering Defendants to produce the requested records forthwith;

(4) Award Plaintiff attorney fees and other litigation costs reasonably incurred in this action; and

(5) Grant Plaintiff such other and further relief which the Court deems proper.

Respectfully Submitted,

__/s/ Jeffrey Light________________

Jeffrey L. Light
Bar #19141
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey.Light@yahoo.com

*Counsel for Plaintiff*